Ray C. STEVENSON, Appellant, v. UNITED STATES of America, Appellee.

No. 11456.

United States Court of Appeals
Sixth Circuit.

Feb. 20, 1952.

William J. Keating, Cincinnati, Ohio, for appellant.

Joseph Deeb, and Kenneth Hansma, Grand Rapids, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard and considered upon the transcript of record, briefs and arguments of counsel for the respective parties;

And the Court being sufficiently advised, it is ordered that the judgment of the District Court be and is affirmed upon the authority of Stevenson v. Johnston, 72 F. Supp. 627, affirmed 9 Cir., 163 F.2d 750, certiorari denied 333 U.S. 832, 68 S.Ct. 459, 92 L.Ed. 1117, rehearing denied 333 U.S. 850, 68 S.Ct. 658, 92 L.Ed. 1132. See also Coy v. United States, 6 Cir., 156 F.2d 293.

E. T. SPROULL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11414.

United States Court of Appeals
Sixth Circuit.

Feb. 15, 1952.

Lewis L. Guarnieri, George W. Secrest, Warren, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, Ellis N. Slack and I. Henry Kutz, Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This petition for review, filed by the taxpayer, came on to be heard and considered on the transcript of record and on the oral arguments and briefs of the respective attorneys for the petitioner and the respondent, Commissioner of Internal Revenue;

And it appearing that the decision of the Tax Court, based upon its findings of fact and for the reasons stated in its opinion, is correct and is supported in principle by the opinions of this court in Hubbell v. Commissioner of Internal Revenue, 6 Cir., 150 F.2d 516, and Canady v. Guitteau, 6 Cir., 86 F.2d 303.

The decision of the Tax Court is affirmed. 16 T.C. 244.